| | |
|---|---|
| 1 | **SAGASER, JONES & HELSLEY** |
| 2 | 2445 Capitol Street, 2nd Floor<br>Post Office Box 1632 |
| 3 | Fresno, California  93717-1632 |
| 4 | Telephone:  (559) 233-4800<br>Facsimile:  (559) 233-9330 |
| 5 | Howard A. Sagaser  #072492 |
| 6 | Tracie L. Goodwin  #250119 |
| 7 | Attorneys for:         Defendant Dairyland Milk Transport Co., LLC |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

(FRESNO DIVISION)

| | |
|---|---|
| Michael Hahka, individually and on behalf of all others similarly-situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>Dairyland Milk Transport Co., LLC,<br><br>        Defendant. | Case No. 1:08-CV-00698-LJO-SMS<br><br>**STIPULATION TO PERMIT PLAINTIFF TO FILE AN AMENDED COMPLAINT AND DEFENDANT TO FILE AN AMENDED ANSWER; ORDER THEREON** |

    Plaintiff Michael Hahka ("Plaintiff") and Defendant Dairyland Milk Transport, LLC ("Defendant"), by and through their respective attorneys of record, hereby stipulate as follows:

    (1)    Plaintiff may amend his Complaint to add "Western Milk Transport, LLC" as an additional defendant; and

    (2)    Defendant may amend its Answer to include the following additional affirmative defense:  "28.  Plaintiff and the purported class members have acted with unclean hands in and about the matters alleged in the Complaint and are therefore barred from any and all recovery."

{5738/007/00237972.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS FURTHER STIPULATED AND AGREED** that Plaintiff's Complaint and Defendant's Answer shall be deemed amended by this Stipulation and the Order hereon and that a new amended Complaint and Answer need not be filed and served. \*

DATED: June 28, 2009              SAGASER, JONES & HELSLEY

                                  By /s/ Tracie L. Goodwin
                                     Attorneys for Defendant
                                     Dairyland Milk Transport, LLC

DATED: June 26, 2009              LAW OFFICES OF JERRY BUDIN

                                  By /s/ Jerry Budin
                                     Jerry Budin, Attorneys for Plaintiff
                                     Michael Hahka

## ORDER

IT IS SO ORDERED THAT paragraphs (1) and (2) GRANTED.

FURTHER Stipulation as set forth above - **DENIED\***.  Amended Complaint must be filed and served on New party within five (5) days from service of this Order. Defendant's Answer deemed answer to Amended Complaint.

DATED:   June 2, 2009                    /s/ Sandra M. Snyder
                                         Magistrate Judge of the United States
                                         District Court, Eastern District

{5738/007/00237972.DOC}

2

PDF created with pdfFactory trial version www.pdffactory.com