1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MICHAEL HAHKA, et al.,        )        1:08-cv-00698-LJO-SMS
                                  )
12              Plaintiffs,       )        **PRELIMINARY SCHEDULING**
                                  )        **AND DISCOVERY ORDER**
13  vs.                           )
                                  )        Amended Complaint Filing
14  DAIRYLAND MILK TRANSPORT CO., )        Deadline: 6/22/09
    LLC, et al.,                  )
15                                )        Discovery Cutoff on Class
                Defendants.       )        Certification: 9/1/09
16  _____ )
                                           Class Certification Motion
17                                         Filing Deadline: 9/14/09

18                                         Opposition to Class
                                           Certification Filing Deadline:
19                                         9/28/09

20                                         Reply to Opposition to Class
                                           Certification Filing Deadline:
21                                         10/5/09

22                                         Hearing on Plaintiff's
                                           Anticipated Class
23                                         Certification Motion:
                                           10/19/09, 8:15am, Ctrm. 4/**LJO**
24
                                           Further Scheduling Conference:
25                                         to be set after resolution of
                                           class certification
26

27       1.   Date of Scheduling Conference:

28            June 8, 2009.

                                  1

2.   Appearances of Counsel:

Jerry N. Budin, Esq., appeared telephonically on behalf of plaintiffs.

Tracie L. Goodwin, Esq., of Sagaser, Jones & Helsley appeared on behalf of defendant.

3.   The Pleadings:

This action arises from defendants' alleged failure to pay overtime compensation to plaintiff and other similarly situated truck drivers.

4.   Discovery Plan and Cut-Off Dates:

After discussion with counsel, this Court SETS the following dates for class certification only:

| DEADLINE OR HEARING | ACTION |
|---|---|
| 06/22/09 | amended complaint (no new party ~ defendant entity name change) |
| timely | amended answer with new defense |
| 09/01/09 | discovery cutoff on class certification |
| 09/14/09 | file and serve moving papers on class certification |
| 09/28/09 | file and serve opposition papers on class certification |
| 10/05/09 | file and serve reply papers on class certification |
| 10/19/09 @ 8:15am Ctrm. 4 ~ Judge O'Neill | hearing re: plaintiff's anticipated motion on class certification |
| to be set after resolution of class certification | further scheduling conference |

IT IS SO ORDERED.

Dated:   **June 9, 2009**                    **/s/ Sandra M. Snyder**
                              UNITED STATES MAGISTRATE JUDGE