1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorney for Plaintiff,
   MICHAEL HAHKA
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          (Fresno Division)

11

12  MICHAEL HAHKA,              ) CASE NO. 1:08-CV-0698-LJO-SMS
                                )
13              Plaintiff,      ) STIPULATION FOR DISMISSAL WITH
                                ) PREJUDICE; ORDER
14  vs.                         )
                                )
15  DAIRYLAND MILK TRANSPORT,   )
    LLC, et al.,                )
16                              )
                Defendants.     )
17  _____)

18

19       IT IS HEREBY STIPULATED by and between the named plaintiff MICHAEL HAHKA,

20  through his counsel, and defendants DAIRYLAND MILK TRANSPORT, LLC, and WESTERN

21  MILK TRANSPORT CO., LLC, through their counsel, that the above-captioned action against these

22  defendants be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

23       This stipulation is based on the fact that the named plaintiff is entering into a settlement with

24  defendants prior to certification of any classes with respect to the defendants. Under the text of

25  F.R.C.P. Rule 23(e), adopted in 2003, such a settlement does not require court approval:

26           [P]rior to certification, the named plaintiffs may dismiss class claims
             without court approval. The named plaintiffs may settle or
27           voluntarily dismiss their own claims just as in an individual
             action...in which case the class claims would have to be dismissed as
28           well. Rule 23(e) does not provide the District Courts with any
             supervisory authority over such dismissals, nor does it require notice

to the absent class members.  5 Moore's Federal Practice (3d Ed. 2005), §23.64(2)(a), p. 23-315.

See also F.R.C.P. 23, Advisory Committee Note of 2003 ("The new rule requires approval only if the claims, issues or defenses of a <u>certified class</u> are resolved by settlement, voluntary dismissal or compromise.")(Emphasis added).

DATED: September 10, 2009              LAW OFFICE OF JERRY BUDIN

                                       <u>/s/ Jerry Budin          </u>
                                       Jerry Budin
                                       Attorney for Plaintiff,
                                       Michael Hahka

DATED: September 10, 2009              SAGASER, JONES & HELSLEY

                                       <u>/s/ Tracie L. Goodwin    </u>
                                       `Tracie L. Goodwin`
                                       Attorneys for Defendants,
                                       Dairyland Milk Transport Co.,LLC and
                                       Western Milk
Transport Co., LLC

## **ORDER**

   Based on the foregoing and good cause appearing therfrom,

   IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice as to defendants Dairyland Milk Transport Co., LLC and Western Milk Transport Co., LLC.  This case is closed.

IT IS SO ORDERED.

**Dated:   September 11, 2009**              <u>/s/ Lawrence J. O'Neill      </u>
                                             UNITED STATES DISTRICT JUDGE